# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

129377(49)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID SUTTON, JR.,
      Defendant-Appellant.

SC: 129377
COA: 252932
Wayne CC: 03-005752-01

_____/

On order of the Court, the motion for reconsideration of this Court's order of March 22, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

d0619